**Demetric Gray PEARSON,
Plaintiff—Appellant,**

v.

**Mary Ann SAAR, Secretary, D.P.S.C.S.,
et al., Defendant—Appellee.**

No. 04–6555.

United States Court of Appeals,
Fourth Circuit.

Submitted June 10, 2004.

Decided June 21, 2004.

Demetric Gray Pearson, Appellant pro se. Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Demetric Gray Pearson appeals the district court's order granting Defendants' motion for summary judgment and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pearson v. Saar,* No. CA–03–3642–RDB (D. Md. filed Mar. 18, 2004 & entered Mar. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*